IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH LEE LONG, JR.,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO.   20-cv-6336 |
| | : | |
| **KILOLO KIJAKAZI,**[1] | : | |
| **Acting Commissioner of Social Security,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this __22ND__ day of April, 2022, upon consideration of Plaintiff's Request for Review (ECF No. 13), Defendant's response thereto (ECF No. 14), Plaintiff's Reply Brief (ECF No. 15), and for the reasons provided in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**; and

2. Judgment is entered in favor of the Defendant.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she has been substituted for Andrew Saul as the Defendant in this case.